IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDWARD MAX LEWIS,

    Petitioner,

v.

RANDALL HEPP, Warden,
Jackson Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-466-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Edward Max Lewis for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.


_____    _____
Peter Oppeneer, Clerk of Court    Date

*(signed)* Peter Oppeneer    1/21/11